1 | Law Office of Graham Archer
2 | Graham Archer [CABN: 262464]
  | 95 S. Market Street, Suite 300
3 | San Jose, CA 95113
  | Phone (408) 596-9451
4 | Fax (408) 596-5657
5 | graham@garcher.com

6 | Counsel for Defendant
  | Paul Vella
7 |

IT IS SO ORDERED

Judge Edward J. Davila

7/3/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-13-00349-EJD |
| Plaintiff, | |
| | Stipulation and [~~PROPOSED~~] Order Continuing Status Date |
| vs. | |
| | Judge: Hon. Edward J. Davila |
| Paul Vella. | |
| Defendant. | |

The parties, the Government and Mr. Vella, by and through their respective counsel,

hereby stipulate and request that the status hearing before Judge Davila currently scheduled for

July 7, 2014 at 1:30 p.m. be continued to July 21, 2014 at ~~1:30 p.m.~~ 09:00 AM The parties are considering

a potential settlement in this matter which, if reached, would result in a change of plea.

//

//

//

Stipulation and Proposed Order for Continuance of Status Date

1    The parties agree that the time through July 21, 2014 may be excluded under the Speedy

2 Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel. In addition

3 to settlement negotiations, counsel for both parties are continuing their preparation for the

4 previously set trial.

5

6

7 Dated: 7/2/14

8

9                                                            _____/s/_____
                                                             Graham E. Archer
                                                             Attorney for Paul Vella
10

11                                                           _____/s/_____
                                                             Daniel Kaleba
12                                                           Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America | CR-13-00349-EJD |
| Plaintiff, | [PROPOSED] Order Continuing Status Date and Excluding Time Under the Speedy Trial Act AS MODIFIED BY THE COURT |
| vs. | |
| Paul Vella | |
| Defendant. | |

Having received a stipulation and request for continuation of the status date currently set on July 7, 2014 at 1:30 p.m. to July 21, 2014 at 1:30 p.m., the Court orders as follows:

Good cause appearing, and by stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for July 7, 2014 at 1:30 p.m. be continued to July 21, 2014 at 09:00 AM.

The Court finds that the ends of justice served by excluding time through July 21, 2014 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time through July 21, 2014 shall be excluded from computation under the Speedy Trial Act, 18 USC § 3161(h)(7)(A) and (B)(iv).

Dated:  7/3/2014

_____
Hon. Edward J. Davila
United States District Judge