UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PAREN HASMUKHBHAI PATEL,

    Plaintiff,

v.

THOMAS MADRID,

    Defendant.
_____/

No. 5:13-CV-3747 EJD (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of PAREN HASMUKHBHAI PATEL, inmate no. P-99858, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 20, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of PAREN HASMUKHBHAI PATEL, inmate no. P-99858, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 a.m. on March 26, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of PATEL v. MADRID, and at

the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 20, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: February 20, 2015



NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PAREN HASMUKHBHAI PATEL,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS MADRID,<br><br>    Defendant.<br>_____/ | No.  5:13-CV-3747 EJD  (NJV)<br><br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on February 20, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Paren Hasmukhbhai Patel
P-99858
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

Litigation Coordinator
CSP, Salinas Valley
PO Box 1020
Soledad, CA  93960-1020

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas