UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAREN HASMUKHBHAI PATEL,

    Plaintiff,

  v.

THOMAS MADRID,

    Defendant.

Case No. 13-cv-03747-EJD (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 26, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Paren Patel

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Elliott Seals and Allison Low

    ( X ) Other: Peter Thyberg for California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled. A status conference is scheduled for April 28, 2015. The parties are instructed to appear by phone by dialing 888.684.8852 and entering access code 1868782. Defense counsel shall arrange for Plaintiff's telephonic appearance.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3      ( ) The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated:  March 26, 2015

                                      NANDOR J. VADAS
                                      United States Magistrate Judge