IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAREN HASMUKHBHAI PATEL, | No. C 13-03747 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| THOMAS MADRID, | |
| Defendant. | |
| | (Docket No. 50) |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Salinas Valley State Prison ("SVSP"). The Court found that the amended complaint, liberally construed, stated a cognizable claim of excessive force against Defendant Thomas Madrid.[1]  On December 16, 2014, pursuant to Defendant's request, this Court referred this case to Judge Vadas for settlement proceedings.  (Docket No. 39.)  On March 31, 2015, Judge Vadas entered an order notifying the Court that "[t]he case has been completely settled" and that a further telephonic status conference would be held.  (Docket No. 45.)  On April 7, 2015,

---

[1] In accordance with Plaintiff's wishes, the Court dismissed Defendant Randy Grounds from this action, and all claims against him were stricken from the complaint.  (Docket No. 12.)

Order of Dismissal
P:\PRO-SE\EJD\CR.13\03747Patel_dsm.wpd

the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1) signed by both parties. The signed stipulation states:

> Plaintiff Paren Hasmukbhai Patel and Defendant Madrid have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

(Docket No. 46 at 2.) The Court will retain jurisdiction to enforce the parties' settlement.

Accordingly, having been notified of the settlement, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against defendants are DISMISSED WITH PREJUDICE. The Clerk shall close the file.

Although the case is closed, the Court still retains jurisdiction to enforce the parties' settlement. Plaintiff has requested a status conference so that he may learn the status of the settlement. (Docket No. 50.) Plaintiff's request is DENIED. However, the Court orders that Defendants file a status report detailing the status of the settlement agreement by **July 24, 2015**.

DATED:  7/10/2015

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.13\03747Patel_dsm.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAREN HASMUKHBHAI PATEL,                    Case Number CV 13-03747 EJD (PR)

        Plaintiff,
  v.                                          **CERTIFICATE OF SERVICE**

THOMAS MADRID,

        Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/10/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Paren Hasmukhbhai Patel**
P-99858
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

DATED: _____7/10/2015_____
                        Richard W. Wieking, Clerk
                        /s/ By: Elizabeth Garcia, Deputy Clerk